IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

| | |
|---|---|
| **SPENCER NEAL,** *Plaintiff,* v. **DRUCO INC.,** *Defendant.* | * * * * * * * * * * * * Case No.: 1:22-CV-00168-GNS-HBB  Judge Greg N. Stivers  Magistrate Judge H. Brent Brennenstuhl |

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Spencer Neal and Defendant Druco Inc. (collectively, "the Parties"), through counsel, hereby stipulate that the above-captioned action is dismissed in its entirety, with prejudice. Each party to bear his or its own costs.

| | |
|---|---|
| Respectfully submitted, */s/ Colin G. Meeker (per email auth.)* Colin G. Meeker (OH 0092980) THE MEEKER GROUP, LLC 2991 Millboro Rod., Suite 101 Silver Lake, OH 44224 Phone: (330) 6037173 E-mail: TheMeekerGroup@outlook HYPERLINK "mailto:TheMeekerGroup@outlook.com".com *Attorney for Plaintiff* | */s/ Katharine C. Weber* Katharine C. Weber (KBA 83370) JACKSON LEWIS P.C. PNC Center, 26th Floor 201 E. Fifth Street Cincinnati, OH 45202 Telephone: (513) 898-0050 Facsimile: (513) 898-0051 E-mail: katharine.weber HYPERLINK "mailto:katharine.weber@jacksonlewis.com"@jacksonlewis.com *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

      I hereby certify that that on July 7, 2023, a copy of the foregoing was electronically filed with the Court's Case Management and Electronic Case Filing (CM/ECF) system, which will send notice to the following counsel of record:

      Colin G. Meeker (OH 0092980)
      THE MEEKER GROUP, LLC
      2991 Millboro Rd., Suite 101
      Silver Lake, OH 44224
      Phone: (330) 603-7173
      Email: TheMeekerGroup@outlook.com

      *Attorney for Plaintiff*

      */s/ Katharine C. Weber*
      Katharine C. Weber (KY 83370)

4885-1675-7100, v. 1